[No. 30069-5-I.   Division One.   June 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
DEPASQUALE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-02119-2, Susan R. Agid, J. Pro Tem., entered
June 19, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 26910-1-I.   Division One.   June 1, 1993.]

*In the Matter of the Marriage of* GLEN STOLL, *Appellant,
and* VICKIE STOLL, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 88-3-00160-1, Jack Kurtz, J. Pro Tem.,
entered August 20, 1990. *Affirmed* by unpublished per
curiam opinion.

[No. 29238-2-I.   Division One.   June 1, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. JANENE RENE
JONES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02880-2, James D. McCutcheon, Jr., J.,
entered August 30, 1991. *Affirmed* by unpublished opinion
per Webster, C.J., concurred in by Kennedy, J., Forrest, J.,
dissenting.

[No. 25955-5-I.   Division One.   June 1, 1993.]

WARREN BOHON, ET AL, *Appellants*, v. ATLANTIC
RICHFIELD COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 86-2-18134-2, James J. Dore, J., entered March
4, 1990. *Reversed* by unpublished opinion per Pekelis, J.,
concurred in by Webster, C.J., Scholfield, J., dissenting.